# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

McAllen Division

| | |
|---|---|
| Geovani Hernandez, Pro Se <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> U.S. DHS ICE HSI; et al. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> JURY TRIAL: Yes |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Geovani Hernandez |
| All other names by which you have been known: | N/A |
| ID Number | REG. NO. 29339 479 |
| Current Institution | FCC Forrest City |
| Address | P.O. BOX 9000 |
| | Forrest City     AR.     72336 |
| | *City              State        Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | U.S. Department of Homeland Security Immigration and Customs Enforcement - Homeland Security Investigations |
| Job or Title *(if known)* | (U.S. DHS ICE HSI) Agency |
| Shield Number | Agency |
| Employer | U.S. DHS ICE HSI Agency |
| Address | 5901 S. International Parkway |
| | McAllen          Tx.     78503 |
| | *City              State        Zip Code* |

[X] Individual capacity    [X] Official capacity

Defendant No. 2
| | |
|---|---|
| Name | Unknown FOIA/ Public Information Off./Agent |
| Job or Title *(if known)* | Freedom of Information Act Liaison Agent |
| Shield Number | Unknown |
| Employer | U.S. DHS ICE HSI Agency |
| Address | 5901 S. International Parkway |
| | McAllen          Tx.     78503 |
| | *City              State        Zip Code* |

[X] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Unknown Supervisor-Agent
Job or Title (if known): Supervisor
Shield Number: Unknown
Employer: U.S. DHS ICE HSI Agency
Address: 5901 S. International Parkway
McAllen, Tx. 78503
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I have officially requested the TECS Reports and related notes and information from the U.S. DHS ICE HSI Agency and FOIA Liaison Officers/Agents as I appeal my ILLEGAL and FRAUDULENT conviction, as the Title 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, and Correct Sentence has exposed false and fabricated evidence. The reports and investigative notes have been intentionally concealed, as the U.S. DHS ICE HSI Agency and agents REFUSED to disclose and REFUSED to respond to official request. (Continues in next page.)

HERNANDEZ, GIOVANI-29306410EHSI

Page 3 of 11

This REFUSAL to disclose this evidence and this information that could further support my claims and my Constitutional Claims and expand the record in this current appeal, Civil Action No. 7:21-CV-00087 **VIOLATES** my Due Process and Constitutional rights, triggers the violation of my 14th Amendment of the United States Constitution. And because U.S. DHS ICE HSI (Agency) and Agents are Willfully and intentionally ignoring and REFUSING to respond to my Constitutional request, the Corrupt Government Officials are now "**INTERFERING**" with my due process, as they are now contributing to the illegal conviction, violating my 4th, 5th, 8th, and 14th Amendment of the United States Constitution. (SEE ATTACHED AFFIDAVIT).

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I, Geovani Hernandez, was falsely arrested and falsely convicted after a fraudulent trial proceeding on March 7, 2019, after I was falsely arrested on August 12, 2017. In March 2021, I submitted my Title 28 U.S.C. Section 2255 Motion to Vacate, Set Aside the Illegal Conviction and Sentence, Civil Action 7:21-CV-00087. And Because this appeal has exposed extreme Government Corruption and serious Constitutional (Civil) violations, I requested the TECS reports and related notes and information that could further prove and support my Appeal and Constitutional Claims, but the U.S. DHS ICE HSI Agency and Agents have REFUSED to disclose. See Affidavit of Geovani Hernandez attached.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED AFFIDAVIT

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I was falsely arrested on Saturday, August 12, 2017. I was falsely and fraudulently convicted with false and fabricated evidence on March 7, 2019. In March 2021, I submitted my Title 28 U.S.C. Section 2255 Motion to Vacate, Set Aside and Correct Sentence, which exposed extreme corrupt practices employed and instigated by the Prosecution, Federal Agents and Criminal Informants, as supported by the trial Judge. On August 9, 2022, I requested the TECS Reports and related notes from the U.S. DHS ICE HSI Agency and Agents, but the request was deliberately ignored. On October 13, 2022, I sent a certified letter requesting this evidence, explaining that I need this to further support my constitutional claims and appeal, but it was also ignored.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. (See Attached Affidavit)

HERNANDEZ, GEOVANI 29339479

C. What date and approximate time did the events giving rise to your claim(s) occur?

The first letter was sent on August 9, 2022, and the Corrupt Government Employees REFUSED to respond or acknowledge.

The Second Certified Letter was sent on October 13, 2022, and the Corrupt Government Employees REFUSED to acknowledge and respond. (SEE ATTACHED AFFIDAVIT AND EXHIBITS)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The INTENTIONAL and WILLFUL REFUSAL to disclose evidence has hindered and deprived my from using this material as evidence to further support my Appeal and my Constitutional Claims in order to free myself from the Illegal Captivity that the Corrupt Government Employees led by Corrupt U.S. DHS ICE HSI Special Agent Perez IV, and others have subjected me to as I find myself kidnapped and abducted at Forrest City Prison- LOW, Forrest City, AR. FALSELY IMPRISONED.

The CONTINUAL violation of due process is unstoppable. Justice delayed is justice denied. The willful malfeasance and corrupt practices against me are evil and diabolic. What they (Corrupt Government Employees) are doing is wrong, and The Honorable Judge Hacker knows.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have lost everything I had. I lost my life, marriage, career, time with kids, lost relatives, lost businesses, lost business opportunities, lost Government clearances, and lost police clearances due to the illegal arrest, to the extent that I lost the possibility of ever exercising the professions I had before the illegal and false arrest. My elderly mother and my 4 kids have suffered and their futures have been affected and we (My family and I) continue to suffer from this false and fraudulent, FABRICATED CONVICTION.

I suffer from extreme stress episodes, extreme anxiety and extreme depression episodes, as these conditions have affected my medical, mental and psychological conditions. The false imprisonment also forced me to be treated as an experimental test subject during the mismanagement of the Bureau of Prisons (B.O.P.) during COVID-19 which left me with "LONG COVID" Medical issues and conditions.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Because the FABRICATED CONVICTION has been proven and because this Complaint for Violation of Civil Rights further prove that the U.S. DHS ICE HSI Agency and Agents CONTINUE to REFUSE to disclose constitutional material, even though my Section 2255 Appeal has proven serious malfeasance and Corrupt Practices of the Corrupt Government Employees, and even though my Section 2255 has proven my ACTUAL INNOCENCE, the CONTINUAL REFUSAL to disclose material violates due process and it is inexcusable. THEREFORE, I ask for relief and that Corrupt Government Employees and the Agency pays the following amount for all damages claimed and all the damages that might Result: $ 7,000,000,000.00 USD (SEVEN BILLION DOLLARS)(UNITED STATES CURRENCY).

HERNANDEZ, GEOVANI 29339479

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No         N/A

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No         N/A

☐ Do not know

If yes, which claim(s)?

N/A

HERNANDEZ, GEOVANI 29339479

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

    N/A

2. What did you claim in your grievance?

    N/A

3. What was the result, if any?

    N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    N/A

HERNANDEZ, GEOVANI 29339479

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  N/A

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

  N/A

  *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No    N/A

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

HERNANDEZ, GEOVANI 29339479

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  N/A

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

HERNANDEZ, GEOVANI 29339479

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

HERNANDEZ, GEOVANI 29339479

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 7, 2023

Signature of Plaintiff: *[signed]*

| | |
|---|---|
| Printed Name of Plaintiff | Geovani Hernandez |
| Prison Identification # | 29339 479 |
| Prison Address | FCC Forrest City-LOW / P.O. BOX 9000 |
| | Forrest City, AR. 72336 |
| | *City   State   Zip Code* |

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
*City   State   Zip Code*
Telephone Number: _____
E-mail Address: _____

HERNANDEZ, GEOVANI 29339479